IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER LEE MOSLEY,

      Appellant,

v.

      Case No.  5D23-473
      LT Case No. 16-2022-CF-005454-AXXX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 25, 2023

Appeal from the Circuit Court
for Duval County,
Jeb Branham, Judge.

Matthew J. Metz, Public Defender,
and Betty Wyatt, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
and Damaris E. Reynolds, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

      AFFIRMED.

EDWARDS, C.J., WALLIS and BOATWRIGHT, JJ., concur.